**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7771**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAVIER SANCHEZ-DUARTE, a/k/a Javier Duarte-
Sanchez,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  Frank W. Bullock, Jr.,
District Judge.  (CR-00-342, CA-02-245-1)

———————

Submitted:  February 20, 2003      Decided:  February 26, 2003

———————

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Javier Sanchez-Duarte, Appellant Pro Se.  Steven Hale Levin, OFFICE
OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Javier Sanchez-Duarte seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Sanchez-Duarte has not made a substantial showing of the denial of a constitutional right. See United States v. Sanchez-Duarte, Nos. CR-00-342; CA-02-245-1 (M.D.N.C. filed Oct. 16, 2002; entered Oct. 17, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2